# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Latasha Monique Boyd,
Petitioner,

v.                                    Civil Action No: 1:25-cv-01132-RCL

**United States,**

**South Carolina Department of Social Services:** Emma E Belcher, Robert C. Rhoden III, Mathew Hecker, Dana Lyles, Melinda Lynn, Janet B Arthur, April Collins, Andrea Liddel, Kimberly Gist, Tiwana Wright Satorri Rogers; Johnathan Drew Hammond, Keith King;
**Spartanburg County: Amy W. Cox,** Chuck Wright, Bethany Phillips, Benjamin Wilson, Michelle Willingham, Gregg Satterfield, Ben E. Cox, Megan Lynn Helton,
**The State of South Carolina**: Issa B Dickson, Mark Hammond, Mark J. Hayes II, Todd M. Thigpen, Usha J. Bridges, Angela J Moss, Debra A Mattew, Vickie Rae Smith;
**Spartanburg County Health Department** and **Spartanburg Regional Health Care System**: Dr. Harold Jones Fuller Jr., Dr. Christopher Steven Vega, Donna L. Hussey, Amber Bradley, Misty M. Steadman, Cynthia McCurry; **Spartanburg Social Security Administrative** additional unnamed officials and agents, and Derrick S. Wilkey Sr.

                                                                Respondents.

---

### Affidavit of Fact and Jurisdictional Challenge in Support of Federal Petition for Civil Rights Redress

"I, a living woman, am entering this sworn affidavit into the record, and will read it in full pursuant to my right to be heard and to place facts under oath before this body."

I, Latasha Monique Boyd, a living woman, of sound mind and standing as a private American National, not a corporate fiction, do hereby make this sworn affidavit of fact under full liability, without the United States, not subject to its territorial or administrative jurisdiction, and do so from my own firsthand knowledge, so help me God.

This affidavit is presented to place on the record and make known the following truths:

1. I am not now, nor have I ever knowingly or voluntarily been, a party to any contract, adhesion agreement, or public obligation which would bind me to the jurisdiction of an Article I legislative tribunal.

2. The presiding court has failed to establish proper jurisdiction under Article III of the Constitution for the United States of America. No verified claim has been produced, no injured party has appeared, and no lawful contract exists.

RECEIVED
Mail Room
APR - 7 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3. All proceedings against me have been conducted under the administrative color of law and are void for want of subject matter and personal jurisdiction. I have not waived my rights, nor have I consented to be governed by commercial codes or administrative statutes.

4. The Department of Social Services (DSS) and agents of CPS have colluded with a known false accuser, Robert Wilkey, who was arrested by the Duncan Police Department in 2016 for providing false information. Despite this, the court and DSS have wholly relied on Wilkey's statements to initiate and sustain proceedings against me.

5. Not only did Wilkey provide false information to the Duncan Police Department, but he also coerced my son to go along with his fabricated claims. When the officer advised Wilkey that photos needed to be taken, Wilkey was allowed to leave the station and returned 45 to 50 minutes later to take pictures of my son. The delay in obtaining the evidence raises substantial concern, as the marks could have been self-inflicted by Wilkey to falsely frame me. The red markings shown were consistent with normal skin pressure and should have been documented, if at all, immediately—not the next day—especially in the context of alleged physical abuse.

6. Since 2018, Wilkey and CPS have engaged in an ongoing pattern of bad faith, deprivation of rights under color of law, and fraudulent administrative action intended to strip me of parental authority, familial integrity, and access to due process.

7. No immediate danger to any child has ever been proven or demonstrated. All CPS investigations — more than thirteen in total — have been unfounded.

8. While on appeal, CPS unlawfully seized my daughter's Social Security payments without lawful court order, thereby violating her rights and committing theft of federal trust property.

9. DSS has attempted to compel medical treatment upon my child in violation of our religious and philosophical beliefs, further infringing upon my parental liberty interests secured under Meyer v. Nebraska, 262 U.S. 390 (1923) and Troxel v. Granville, 530 U.S. 57 (2000).

### Conditional Acceptance

Therefore, I do hereby conditionally accept all charges, claims, and demands for settlement upon proof that this tribunal holds lawful Article I legislative jurisdiction over a living, sovereign American woman, not engaged in commerce, and not subject to administrative contract.

Absent such verified and authenticated proof, this court lacks both subject matter and personal jurisdiction, and all actions taken or to be taken under this case shall be void, unlawful, and considered acts of aggression under color of law.

I reserve all rights, without prejudice, and waive none.

"This affidavit stands as my sworn statement under penalty of perjury and will be submitted into the record, with all rights reserved, so help me God."

## Verification

I, Latasha Monique Boyd, do hereby declare that the facts stated above are true, correct, and complete to the best of my knowledge, understanding, and belief, so help me God on this day, 04/03/2025, as is hereby so attested!

Signature: *Latasha M. Boyd* All Rights Reserved without prejudice, UCC 1-308

Subscribed and affirmed before me by Latasha Monique Boyd, this 4th day of April, 2025.